BENJAMIN B. WAGNER
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00251-LJO-SKO |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION OF DISMISSAL WITHOUT PREJUDICE OF INDICTMENT AGAINST JOSE HERNANDEZ-GARCIA, AND ORDER THEREON |
| v. | |
| JOSE HERNANDEZ-GARCIA | |
| Defendants. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the indictment against JOSE HERNANDEZ-GARCIA in the interest of justice, without prejudice.

Dated: December 2, 2015             BENJAMIN B. WAGNER
                                    United States Attorney

                               By:  /s/ VINCENZA RABENN
                                    VINCENZA RABENN
                                    Assistant United States Attorney

/ / /

/ / /

/ / /

/ / /

ORDER

Having met with counsel, there is good cause.  IT IS ORDERED that the Indictment as to JOSE HERNANDEZ-GARCIA be dismissed in the interest of justice, without prejudice.

IT IS SO ORDERED.

Dated:   **December 3, 2015**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE